# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN FABRICIUS, et al., | Case No. 2:19-cv-00266-GMN-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| BLUEGREEN VACATIONS UNLIMITED, INC., | |
| Defendant. | |

Presently before the court is plaintiffs Kevin Fabricius and Terry Fabricius' emergency motion to continue (ECF No. 20), filed on June 14, 2019. Defendant Bluegreen Vacations Unlimited, Inc. filed a response (ECF No. 21) and an errata response (ECF No. 22) on June 14, 2019.

Plaintiffs move to continue the hearing on their counsel's motion to withdraw set for June 18, 2019 at 1:30 p.m. Plaintiffs' counsel argues that opposing counsel noticed the depositions in a separate case on the same day as the scheduled hearing. As such, plaintiffs' counsel maintains that he is unable to attend the hearing, and requests that the hearing be continued to the following week of June 24, 2019 to June 28, 2019. Defendant responds arguing that defense counsel is equipped to handle both the hearing and the depositions noticed for the same day. Further, defendant requests that any such continuance be limited to the late afternoon of June 18, 2019 to June 21, 2019.

Having reviewed the motion, the court will grant plaintiffs' request to continue the hearing. The hearing on plaintiffs' counsel's motion to withdraw as counsel of record is continued to June 27, 2019 at 9:30 a.m. in Las Vegas Courtroom 3C. If defense counsel wishes to participate in the hearing, he may do so telephonically. If counsel appears telephonically, he

must call telephone number: (888) 808-6929, access code: 8129639, five minutes prior to the hearing time.

IT IS THEREFORE ORDERED that plaintiffs Kevin Fabricius and Terry Fabricius' emergency motion to continue (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that the hearing set for June 18, 2019 at 1:30 p.m. is CONTINUED to June 27, 2019 at 9:30 a.m.

DATED: June 17, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE