# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN FABRICIUS, et al., | Case No. 2:19-cv-00266-GMN-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| BLUEGREEN VACATIONS UNLIMITED, INC., | |
| Defendant. | |

Presently before the court is defendant Bluegreen Vacations Unlimited, Inc.'s emergency motion to compel (ECF No. 16), filed on June 7, 2019. (*See* Min. Order (ECF No. 18) (where the court declines to consider the motion on an expedited basis).) Following the filing on defendant's motion to compel, the court held a hearing where it considered plaintiffs' former counsel's request to withdraw as attorney of record. (*See* Mins. of Proceedings (ECF No. 25); *see also* Mot. to Withdraw (ECF No. 13).) At the hearing, the court reserved the ruling on the motion to withdraw in abeyance, pending settlement negotiations. (Mins. of Proceedings (ECF No. 25).) The court ordered the parties to submit a status report in two weeks, detailing any updates on the matter of settlement. (*See id.*) The court also extended plaintiffs' response deadline to July 25, 2019 for the motion to compel. (*Id.*) The parties then submitted a joint status a report stating that they were unable to resolve this case, and they withdrew the request that the court hold its ruling on the motion to withdraw in abeyance. (Joint Status Report (ECF No. 26).) The court then granted the request to withdraw as attorney of record. (Order (ECF No. 27).) As such, plaintiffs are proceeding pro se.

Plaintiffs' response to the motion to compel was due on July 25, 2019. To date plaintiffs have not filed a response to defendant's motion. However, given the circumstances, the court

will extend plaintiffs' response deadline to August 23, 2019.  Plaintiffs are advised that failure to timely respond to the motion to compel may result in an order granting the motion as unopposed. *See* LR 7-2(d) (the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion.")

IT IS SO ORDERED.

IT IS FURTHER ORDERED that plaintiffs' response deadline to defendant's motion to compel (ECF No. 16) is extended to August 23, 2019.

DATED: August 2, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE