# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN FABRICIUS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEGREEN VACATIONS UNLIMITED, INC.,<br><br>Defendant. | Case No. 2:19-cv-00266-GMN-DJA<br><br>**ORDER** |

Presently before the court is Defendant Bluegreen Vacations Unlimited, Inc.'s Emergency Motion to Compel (ECF No. 16), filed on June 7, 2019. *See* Min. Order (ECF No. 18) (where the court declines to consider the motion on an expedited basis). Plaintiffs' response to the Motion was originally due on July 25, 2019 and they were granted an extension to August 23, 2019 (ECF No. 28). To date, Plaintiffs have not filed a response to Defendant's Motion.

Failure to timely respond to the motion to compel may result in an order granting the motion as unopposed. *See* LR 7-2(d) (the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion.") Further, the Court finds good cause to grant Defendant's Motion to Compel due to Plaintiffs asserting boilerplate, generic objections that are insufficient to withhold discovery. As such, Plaintiffs are required to supplement their discovery responses within 14 days after this Order.

IT IS HEREBY ORDERED that Defendant Bluegreen Vacations Unlimited, Inc.'s Emergency Motion to Compel (ECF No. 16) is **granted**.

IT IS FURTHER ORDERED that Plaintiffs are required to supplement their discovery responses within 14 days after this Order.

DATED: August 27, 2019

  _____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE